Case 1:26-cv-01741-GBD Document 21 Filed 09/08/26 Page 1 of 2

CAITLIN ROBIN
& ASSOCIATES

115 Broadway, Suite 1505, New York, NY 10006
Tel. 646-524-6026 Fax. 929-210-7549
robinandassociates.com

Arjeta Albani
Leo Eaton Artus
Chloe Van Bourgondien
Sarah E. Coon
Eli S. Corcos
Mayank Dahiya

Annabelle L. Hentz
Korman Kim
Mark Laughlin
Dionysus A. Moretti
Caitlin Robin
Dean Ying

September 8, 2026

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED

The conference currently scheduled for September 9, 2026 is hereby adjourned to October 20, 2026 at 9;45 a.m.

SEP 09 2026 George B. Daniels
HON. GEORGE B. DANIELS

**Re:** ***Ortiz v. United States of America*, Docket No. 26 Civ. 1741 (GBD)**

Dear Judge Daniels:

This firm represents Plaintiff Samantha Ortiz in the above-referenced action. We write to advise the Court that Plaintiff has filed an Amended Complaint as of right pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, and to request an adjournment of the conference currently scheduled for September 9, 2026.

On August 28, 2026, Defendant United States of America moved to dismiss the Verified Complaint for lack of subject matter jurisdiction under Rule 12(b)(1) (see ECF No. 18). Defendant contends that Plaintiff's claim, which arises from a trip and fall on April 1, 2023 on the sidewalk in front of 1650 Grand Concourse, Bronx, New York, falls outside the waiver of sovereign immunity in 42 U.S.C. § 233(a) because maintenance of the sidewalk is not within the deemed federal employment of BronxCare Health Integrated Services System, Inc., the federally supported health center that occupies the premises. Defendant has not answered the Verified Complaint.

On September 8, 2026, within 21 days after service of Defendant's motion, Plaintiff filed an Amended Complaint naming BronxCare as a defendant. The Amended Complaint pleads Plaintiff's claims against the United States and against BronxCare in the alternative, so that whichever entity is answerable for the condition of the sidewalk is before the Court. Plaintiff is serving BronxCare with the summons and Amended Complaint forthwith.

The Amended Complaint supersedes the Verified Complaint to which Defendant's motion is addressed. Plaintiff respectfully submits that the pending motion should be denied as moot without prejudice to renewal against the Amended Complaint, or, in the alternative, that Defendant be directed to advise the Court whether it intends to stand on the motion as directed to the Amended Complaint, in which event Plaintiff requests that the Court set a schedule for Plaintiff's opposition and Defendant's reply. Plaintiff's opposition to the motion is presently

Case 1:26-cv-01741-GBD Document 21 Filed 09/08/26 Page 2 of 2

due on September 11, 2026 under Local Civil Rule 6.1(b), and Plaintiff requests that this deadline be held in abeyance pending the Court's direction.

Because the pleadings are not yet settled and BronxCare has not yet appeared, Plaintiff respectfully requests that the conference scheduled for September 9, 2026 be adjourned to a date after BronxCare has appeared and the Court has addressed the pending motion. This is the first request for an adjournment of the conference, and no prior request has been made.

Plaintiff recognizes that this request is made less than 48 hours before the conference, and apologizes to the Court for the timing. The Amended Complaint was filed today, within the period permitted by Rule 15(a)(1)(B), and the request follows directly from that filing. Should the Court prefer that the conference proceed as scheduled, counsel for Plaintiff will appear.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Arjeta Albani
Arjeta Albani, Esq.

cc: Brian E. Hilburn, Assistant United States Attorney (via ECF)