**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

SAMANTHA ORTIZ, :

Plaintiff, :

-against- :

UNITED STATES OF AMERICA and BRONXCARE :
HEALTH INTEGRATED SERVICES SYSTEM, INC.,:

Defendants. :

---------------------------------------x

ORDER

26 Civ. 1741 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of Defendant United States of America's outstanding motion to dismiss, (ECF No. 28,) the initial conference, currently scheduled for October 20, 2026, is hereby adjourned to December 15, 2026, at 9:45 a.m.

Dated: October 15, 2026,
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge